Gene D. Vorobyov
California Bar No. 200193
LAW OFFICE OF GENE VOROBYOV
5214 F Diamond Heights Blvd, # 733
San Francisco, CA 94131
Telephone: (415) 425-2693
e-mail: gene.law@gmail.com

Attorneys for Defendant
GARY PERARD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GARY PERARD,<br><br>　　　　　Defendant, | Case No.: CR 06-818 RMT<br><br>[~~proposed~~]<br><br>**ORDER EXCUSING DEFENDANT FROM PERSONAL APPEARANCE AT SENTENCING HEARING** |

　　　Based on the sworn declarations of the defendant Gary Perard and his appointed counsel Gene Vorobyov, the court finds that the defendant has voluntarily and intelligently waived his statutory and due process rights to be personally present at the sentencing hearing. Accordingly, the court finds good cause and GRANTS the defendant's motion to excuse him from personal appearance at the August 25, 2008, sentencing hearing.

///

///

///

1

[proposed] ORDER EXCUSING DEFENDANT FROM PERSONAL APPEARANCE AT SENTENCING

The court further grants the defendant's request to permit him to appear at the August 25, 2008, sentencing hearing via video or telephonic conference, subject to the court's and prison's technical capabilities. Should such an appearance be technically non-feasible, the court EXCUSES the defendant from personal appearance at the hearing.

It is so ordered.

DATED: June 17, 2008

_____
ROBERT M. TAKASUGI
United States District Judge